**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 96-7473**

————————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

TIMOTHY W. MCCOY,

                              Defendant - Appellant.

————————————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (CR-92-189)

————————————

Submitted:  March 13, 1997          Decided:  March 19, 1997

————————————

Before HALL, ERVIN, and WILKINS, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Timothy W. McCoy, Appellant Pro Se.  Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. McCoy</u>, No. CR-92-189 (N.D.W. Va. Sept. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2